Geraldine Dwyer, an Infant, by Charles M. Dwyer, Her Guardian ad Litem, Respondent, *v.* Metropolitan Life Insurance Company, Appellant.

Argued March 11, 1941; decided April 17, 1941.

*William B. Moore* for appellant.

*Arthur E. Farmer* and *Benjamin H. Stern* for respondent.

Judgment affirmed, with costs. Any error in the charge was not prejudicial. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.